**Order entered July 7, 2021**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00267-CV

### FAR EAST MACHINERY CO., Appellant

### V.

### ISABEL ARANZAMENDI, ET AL., Appellees

### On Appeal from the County Court at Law No. 5
### Dallas County, Texas
### Trial Court Cause No. CC-18-05668-E

### ORDER

Appellant's opening brief has been filed, and appellees' responsive briefs are due to be filed no later than July 12, 2021. Before the Court is the parties' July 2, 2021 joint/agreed motion to extend the remaining briefing deadlines.

We **GRANT** the motion and **ORDER** appellees' briefs be filed no later than July 30, 2021 and appellant's reply brief be filed no later than August 31, 2021.

/s/    CRAIG SMITH
          JUSTICE